ORIGINAL

FILED

07/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0264

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0264

---

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ROBERT LYSLE ROSE,

    Defendant and Appellant.

---

O R D E R

FILED

JUL 0 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Self-represented Appellant Robert Lysle Rose moves this Court for a stay of this appeal to allow him to file a Motion to Modify the May 17, 2024 Second Amended Judgment in the Twenty-First Judicial District Court, Ravalli County, because it does not conform to the oral pronouncement of January 24, 2024. Alternatively, Rose indicates that he does not oppose a dismissal without prejudice of the current appeal. The State responds that it does not object to a stay, provided that this Court issues a limited remand for Rose to file a motion to amend the judgment to conform to the oral pronouncement of sentence.

This Court received the District Court's electronic record on May 24, 2024. Having reviewed Rose's motion and the State's response, the Court determines that dismissal is the more appropriate course of action, without prejudice to Rose's right to appeal once the District Court rules on his motion to modify the written judgment.

IT IS THEREFORE ORDERED:

1. This appeal is DISMISSED without prejudice; and

2. The Clerk of Supreme Court shall CLOSE this matter as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Robert Lysle Rose personally.

DATED this 9th day of July, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices